UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Earnestloraine B. Key,
Debtor.

Case no. 13-52995

Chapter 7

Judge Hoffman

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

Now comes Byron L. Potts, attorney for debtor, and hereby notifies the court of the change of Debtor Earnestloraine B. Key's mailing address.

Debtor's former address was 641 Gahanna Highland Drive, Columbus, Ohio 43230-5064

Debtor's current address is 2546 Silver Oak Drive, Columbus, Ohio 43232.

/s/ Byron L. Potts
Byron L. Potts
Attorney for Debtor
538 East Rich Street
Columbus, Ohio 43215
614/228-2154

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing 'Notice' was served upon Earnestloraine Key by regular U.S. Mail, 2546 Silver Oak Drive, Columbus, Ohio 43232; the trustee David M. Whittaker, Esq., served ECF and upon the United States Trustee, served ECF this 30th day of March, 2017.

/s/ Byron L. Potts
Byron L. Potts
Attorney for Debtor